Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Terence Andrew Ryan | § | Case No.  09-70523-HDH-13 |
| | § | Chapter 13 |
| Debtor | § | |

## DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtor, by counsel, and for this Motion state as follows:

1. Debtor filed for relief under Chapter 13 in the Northern District of Texas.  This is a core proceeding.

2.  Debtor was a debtor in a prior case during the preceding year.  To-wit: Chapter 13, Case No. 08-70072-HDH-13 filed on 2/29/2009.

3. Debtor seeks an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtor's prior case was dismissed for:  Debtor lost his job and was unable to find employment in order to get current before his case was dismissed.

5. The following change of circumstances demonstrate that the Debtor can perform this plan and are likely to complete the case successfully:  Debtor is currently employed at Walmart and the Trustee payment will be deducted from his pay check.

WHEREFORE, Debtor requests this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,
/s/Monte J. White
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on October 8, 2009 on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtor

Capital One Bank
c/o TSYS Debt Mgmt
PO Box 5155
Norcross, GA 30091

Washington Mutual/Providian
P.O. Box 9180
Pleasanton, CA 94588

CBC/Financial Credit/San Diego
1300 W Main St
Visalia, CA 93291

Citibank USA
P.O. Box 6003
Hagerstown, MD 21747

Citifinancial
P.O. Box 499
Hanover, MD 21076

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812-2952

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Jefferson County Dept. of Human
Child Support Enforcement Progr
3500 Illinois St. Suite 1300
Golden, CO 80401-6010

Lowes/MBGA
P.O. Box 103065
Roswell, GA 30076

Terence Andrew Ryan
1301 Hillcrest Drive
Graham, TX 76450

USE Federal Credit Union
10120 Pacific Heights Bl
San Diego, CA 92121